| | | | | |
|---|---|---|---|---|
| McDaniel v. WCAB (Maramont Corp.) | 797CD16 | 12/20/2016 | Workers' Compensation Appeal Board A15–0299 | Affirmed |
| Valley Forge Chapter v. Twp. of Tredyffrin | 161MD16 | 12/20/2016 | Original Jurisdiction | Preliminary Objections Sustained in Part and Overruled in Part |
| Zion Bull. Ave Lim Part v. Wmoreland Co Tax Cl | 1977CD15 | 12/21/2016 | Westmoreland County 6297 of 2012 | Affirmed |
| Joyce v. UCBR | 2559CD15 | 12/21/2016 | Unemployment Compensation Board of Review B–583332 | Affirmed |
| Coleman v. UCBR | 210CD16 | 12/21/2016 | Unemployment Compensation Board of Review B–585806 | Affirmed |
| Ramos v. Allentown Educ. Assoc. | 150MD16 | 12/21/2016 | Original Jurisdiction | Preliminary Objection Sustained |
| Brennan v. WCAB (Commonwealth) | 270CD16 | 12/21/2016 | Workers' Compensation Appeal Board A14–1286 | Affirmed |
| Hoy v. Borough of Cochranton | 1005CD15 | 12/21/2016 | Crawford County No. 2013–630 | Affirmed |
| Young v. DOC | 485MD15 | 12/22/2016 | Original Jurisdiction | Preliminary Objections Sustained |
| Daniels v. Commonwealth | 369MD13 | 12/22/2016 | Original Jurisdiction | Summary Judgment Denied |
| Liberty Transportation v. UCBR (Saniga) | 391CD16 | 12/22/2016 | Unemployment Compensation Board of Review B–586414 | Affirmed |
| Kaplan v. UCBR | 713CD16 | 12/22/2016 | Unemployment Compensation Board of Review B–588108 | Affirmed |
| Garcia v. PBPP | 764CD16 | 12/22/2016 | Board of Probation & Parole Parole No. 6314–I | Affirmed |
| Vidic v. PennDOT | 842CD16 | 12/22/2016 | Beaver County 11720–2015 | Reversed |